1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17-CR-2386-JM |
| Plaintiff, | |
| v. | **JUDGEMENT AND ORDER GRANTING MOTION AND DISMISSING INFORMATION** |
| SHANE MICHAEL ANTHONY, | |
| Defendant. | |

Upon motion of the parties, and good cause appearing, the Court **GRANTS** the motion, and **DISMISSES** the Information [Dkt. No. 11] without prejudice.

**IT IS SO ORDERED.**

DATED: December 21, 2017

_____
HON. JEFFREY T. MILLER
United States District Judge